**Order entered May 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00398-CR

## FRANCES MAFNAS DAVIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-83715-2016

## ORDER

Before the Court is appellant's May 22, 2018 motion to substitute attorney of record. We

**GRANT** the motion and **DIRECT** the Clerk of the Court to **REMOVE** Cheryl L. Powell and

**SUBSTITUTE** Kristin R. Brown as counsel for appellant. All future correspondence should be

sent to Kristin R. Brown; The Law Office of Kristin R. Brown, PLLC; 17304 Preston Road;

Suite 1250; Dallas, Texas 75252; telephone: (214) 446-3909; email: kbrown@idefenddfw.com.


/s/      LANA MYERS
         JUSTICE